## STEPHEN ELLIS and ROBERT ELZEY v. PETER G. WOOTTEN.

Court of Chancery.  Sussex.  July 25, 1821.

*Ridgely's Notebook III, 390.*

*Hall* and *Robinson* for complainants.
*Cooper* and *Wells* for defendant.  .  .  .

THE CHANCELLOR, finding this to be a question of fact, offered to the parties to make an issue to be tried by a jury.  The parties refused, and submitted the case to him.

THE CHANCELLOR.  The bill must be dismissed.  This is a bond given [for] the purchase money for a negro woman.  The plaintiff contends the woman was never delivered to him, and that

therefore the bond is without consideration. The testimony [of] James Wootten, confirmed by Hasting, Ellis and Culleny, clearly proves a delivery. The woman consented to go with him. He left her of his own accord to borrow a cart to remove her and the child and her chest and bed; before he returned she ran away. It was his folly to leave her. The woman deceived him, but the seller fully complied with his undertaking.